PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967                    JS-6
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:     (949) 752-0953
E-Mail:  Pat@rjlaw.com
E-Mail:  Elise@rjlaw.com

Attorneys for Plaintiff
RAINSWEET, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINSWEET, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>RDM INTERNATIONAL, INC., a corporation; ROBERT D. MOORE, an individual,<br><br>Defendants. | CASE NO.  10-cv-03493 JFW (VBKx)<br><br>**STIPULATED JUDGMENT** |

WHEREAS Plaintiff sold frozen fruit to Defendant RDM International, Inc. ("RDM") for which Plaintiff is owed the sum of $109,483.60 for frozen fruit sold to RDM from and between October 9, 2008 to May 31, 2009; and

WHEREAS, the parties have reached agreement and stipulated to the terms of this Consent Judgment to secure the payment of the amount due Plaintiff for its commodities, payment thereof over time by Defendants coupled with preservation of Plaintiff's rights under the Statutory Trust provisions of the P.A.C.A., 7 U.S.C. §499e(c),

NOW, THEREFORE, IT IS, ON CONSENT, HEREBY ORDERED AND ADJUDGED, that Plaintiff recover from Defendants RDM International, Inc. and Robert D. Moore, jointly and severally, the sum of $109,483.60 plus $26,411.92 (accrued interest thru April 28) plus $1500.00 in fees and costs, or $137,395.52 in total,  for perishable agricultural commodities sold, delivered

and accepted by Defendant RDM International, Inc. during the time that Defendant Robert D. Moore was the primary controlling person of said Defendant; and it is further ORDERED AND DECLARED that Plaintiff is a duly preserved beneficiary of the P.A.C.A. Statutory Trust res held by Defendants pursuant to 7 U.S.C.§499e(c); and its further

ORDERED and DECREED that, subject only to the provisions of the Stipulation of For Entry of Judgment and Settlement entered in this action, Plaintiff have execution against Defendants for all of the adjudged amounts that Defendants have failed to pay on due demand.

Defendants RDM INTERNATIONAL, INC. and ROBERT D. MOORE each consent to the issuance of this Stipulated Judgment

RDM INTERNATIONAL, INC.                                 ROBERT D.MOORE, Individually

By:       //S//                                                              //S//
       ROBERT D. MOORE, its President


APPROVED AS TO FORM and CONTENT:

       //S//                                                                //S//
MARK C. H. MANDELL                                      PATRICIA J. RYNN
Attorneys for Defendants                                Attorney for Plaintiff,
RAINSWEET,                                                            INC.


**IT IS SO ORDERED.**

Dated: 5/14/10
                                                        The Honorable  John F. Walter
                                                        U.S. FEDERAL DISTRICT COURT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953